IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Diannier Sanders,                                    :

                                            :

                Plaintiff(s),            :

                                            :    Case Number: 1:14cv323

        vs.                                 :

                                            :    Chief Judge Susan J. Dlott

Pamela Turner,                             :

                                          :

                Defendant(s).        :

## ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on May 12, 2014 (Doc. 4), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired May 30, 2014, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B). It is further ORDERED that the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of any Order adopting the Report and Recommendation will not be taken in good faith, therefore, DENYING plaintiff leave to appeal *in forma pauperis*. *See McGore v. Wrigglesworth,* 114 F.3d 601 (6th Cir. 1997).

IT IS SO ORDERED.

                                                _____s/Susan J. Dlott_____
                                                Chief Judge Susan J. Dlott
                                                United States District Court